# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-4524

_____

United States of America

*Plaintiff - Appellee*

v.

Antonio Deshawn Thomas

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: February 6, 2018
Filed: February 14, 2018
[Unpublished]

_____

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Antonio Thomas directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to drug and firearm offenses. His counsel

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), asserting that an error under Federal Rule of Criminal Procedure 11(b)(1)(B) occurred during the change-of-plea hearing, and that Thomas's sentence was substantively unreasonable.

Upon careful review, we conclude that no plain error occurred, <u>see</u> <u>United States v. Dominguez Benitez</u>, 542 U.S. 74, 76 (2004) (plain-error standard applies where Rule 11 omission was not preserved by timely objection; defendant must show that, but for such omission, he would not have entered plea); and that Thomas's sentence is not substantively unreasonable, <u>see</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard; discussing substantive reasonableness); <u>see also</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence is presumed reasonable). In addition, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm.

_____